UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEEKNET, INC., a Delaware Corporation, and VIDEOLAN, a French Not for Profit Association,<br><br>Plaintiffs,<br><br>vs.<br><br>TIGHTROPE INTERACTIVE, INC., a Delaware Corporation,<br><br>Defendant. | Case No: C 10-5244 SBA<br><br>**ORDER DENYING MOTION TO DISMISS COUNTERCLAIM AS MOOT**<br><br>Docket 11 |

Plaintiffs filed a Motion to Dismiss Counterclaim on January 14, 2011. Dkt. 11, 16. On January 26, 2011, Defendants filed a First Amended Answer and Counterclaims. Dkt. 20. On February 28, 2011, Plaintiffs filed Answers to the amended counterclaims. Dkt. 27, 28. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion to Dismiss Counterclaim is DENIED AS MOOT.

2. The Case Management Conference currently scheduled for April 19, 2011, is CONTINUED to **May 12, 2011 at 3:30 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

3. This Order terminates Docket 11.

IT IS SO ORDERED.

Dated: April 7, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge