UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEEKNET, INC., a Delaware Corporation, and VIDEOLAN, a French Not for Profit Association,<br><br>             Plaintiff,<br><br>        vs.<br><br>TIGHTROPE INTERACTIVE, INC., a Delaware Corporation,<br><br>             Defendant. | Case No:  C 10-05244 SBA<br><br>**AMENDED ORDER OF CONDITIONAL DISMISSAL**<br><br>Supersedes Docket 34 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within sixty (60) days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED. This Order supersedes the Order Dismissing Action, filed June 14, 2011 (Dkt. 34).

IT IS SO ORDERED.

Dated:  June 24, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge